# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 05-29983 BL | Trustee: | (520196) MICHAEL G. BERLAND |
| Case Name: | TELECOM RELAY SERVICES, INC., A COR | Filed (f) or Converted (c): | 08/01/05 (f) |
| | | §341(a) Meeting Date: | 08/29/05 |
| Period Ending: | 12/31/08 | Claims Bar Date: | 11/30/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Harris bank-scheduled<br>Assets 1-7 correlate to deposit of $18767.09 which was deposited on 9/8/05. | 5,306.02 | 0.00 | | 0.00 | FA |
| 2 | Triax Cablevision Mediacom-scheduled | 30.00 | 0.00 | | 0.00 | FA |
| 3 | Susquehanna Communications-scheduled | 434.00 | 0.00 | | 0.00 | FA |
| 4 | Paxson Communications-scheduled | 1,102.50 | 0.00 | | 0.00 | FA |
| 5 | Mediacom-scheduled | 3,857.24 | 0.00 | | 0.00 | FA |
| 6 | Insighs Communications-u00103-scheduled | 4,600.00 | 0.00 | | 0.00 | FA |
| 7 | Insighs Communications-Rock Run-scheduled | 667.10 | 0.00 | | 0.00 | FA |
| 8 | FCC licenses-scheduled (See Footnote) | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1999 Dodge Caravan-scheduled | 1,500.00 | 1,000.00 | | 1,000.00 | FA |
| 10 | Microwave equipment-scheduled | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1991 Pickup truck-unscheduled | 0.00 | 500.00 | | 500.00 | FA |
| 12 | Spare microwave equipment- amended schedueld | 5,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 358.82 | Unknown |
| 13 | Assets    Totals (Excluding unknown values) | $25,896.86 | $1,500.00 | | $1,858.82 | $0.00 |

RE PROP# 8   The debtor subsequently amended his schedules to show a value of $500 and then amended his schedules again to show a value of $155000. The Trustee will abandon any interest in the FCC licenses in the Final Report.

Exhibit B

Printed: 01/14/2009 01:53 PM   V.10.54

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case Number:** 05-29983 BL | **Trustee:** (520196)   MICHAEL G. BERLAND |
| **Case Name:** TELECOM RELAY SERVICES, INC., A COR | **Filed (f) or Converted (c):** 08/01/05 (f) |
| | **§341(a) Meeting Date:** 08/29/05 |
| **Period Ending:** 12/31/08 | **Claims Bar Date:** 11/30/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

The Trustee collected certain assets that were availabe as of date of the filing of the bankruptcy which relate to assets 1-7. The Trustee filed his final report with the United States Trustees Office in December 2008.

**Initial Projected Date Of Final Report (TFR):** September 30, 2009     **Current Projected Date Of Final Report (TFR):** September 30, 2009

Printed: 01/14/2009 01:53 PM   V.10.54