UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: TELECOM RELAY SERVICES, INC., A COR | § | Case No. 05-29983 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $8,400.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $17,815.14 | Claims Discharged Without Payment: $560,250.87 |
| Total Expenses of Administration: $2,812.28 | |

3) Total gross receipts of $ 20,627.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,627.42 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,812.28 | 2,812.28 | 2,812.28 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 58,824.36 | 578,066.01 | 578,066.01 | 17,815.14 |
| **TOTAL DISBURSEMENTS** | $58,824.36 | $580,878.29 | $580,878.29 | $20,627.42 |

4) This case was originally filed under Chapter 7 on August 01, 2005.
. The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/25/2010          By: /s/MICHAEL G. BERLAND
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Harris bank-scheduled | 1129-000 | 18,767.09 |
| 1999 Dodge Caravan-scheduled | 1129-000 | 1,000.00 |
| 1991 Pickup truck-unscheduled | 1129-000 | 500.00 |
| Interest Income | 1270-000 | 360.33 |
| **TOTAL GROSS RECEIPTS** | | **$20,627.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL SECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 2,812.28 | 2,812.28 | 2,812.28 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,812.28 | 2,812.28 | 2,812.28 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Midwest Tower Partners, LLC | 7100-000 | 58,824.36 | 567,806.01 | 567,806.01 | 17,815.14 |
| Deborah Ebner | 7200-000 | 0.00 | 5,700.00 | 5,700.00 | 0.00 |
| MEDIACOM LLC | 7200-000 | 0.00 | 4,560.00 | 4,560.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | 58,824.36 | 578,066.01 | 578,066.01 | 17,815.14 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 05-29983  
Case Name: TELECOM RELAY SERVICES, INC., A COR  
Period Ending: 01/25/10

Trustee: (520196) MICHAEL G. BERLAND  
Filed (f) or Converted (c): 08/01/05 (f)  
§341(a) Meeting Date: 08/29/05  
Claims Bar Date: 11/30/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Harris bank-scheduled<br>Assets 1-7 correlate to deposit of $18767.09 which was deposited on 9/8/05. | 5,306.02 | 18,767.09 | | 18,767.09 | FA |
| 2 | Triax Cablevision Mediacom-scheduled | 30.00 | 0.00 | | 0.00 | FA |
| 3 | Susquehanna Communications-scheduled | 434.00 | 0.00 | | 0.00 | FA |
| 4 | Paxson Communications-scheduled | 1,102.50 | 0.00 | | 0.00 | FA |
| 5 | Mediacom-scheduled | 3,857.24 | 0.00 | | 0.00 | FA |
| 6 | Insighs Communications-u00103-scheduled | 4,600.00 | 0.00 | | 0.00 | FA |
| 7 | Insighs Communications-Rock Run-scheduled | 667.10 | 0.00 | | 0.00 | FA |
| 8 | FCC licenses-scheduled (See Footnote) | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1999 Dodge Caravan-scheduled | 1,500.00 | 1,000.00 | | 1,000.00 | FA |
| 10 | Microwave equipment-scheduled | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1991 Pickup truck-unscheduled | 0.00 | 500.00 | | 500.00 | FA |
| 12 | Spare microwave equipment- amended scheduled | 5,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 360.33 | Unknown |
| 13 | Assets Totals (Excluding unknown values) | $25,896.86 | $20,267.09 | | $20,627.42 | $0.00 |

RE PROP# 8    The debtor subsequently amended his schedules to show a value of $500 and then amended his schedules again to show a value of $155000. The Trustee will abandon any interest in the FCC licenses in the Final Report.

**Major Activities Affecting Case Closing:**

The Trustee collected certain assets that were available as of date of the filing of the bankruptcy which relate to assets 1-7. The Trustee filed his final report with the United States Trustees Office in December 2008.

Initial Projected Date Of Final Report (TFR): September 30, 2009    Current Projected Date Of Final Report (TFR): September 30, 2009

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-29983 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | TELECOM RELAY SERVICES, INC., A COR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****73-65 - Money Market Account |
| Taxpayer ID #: | 36-3521163 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/25/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/05 | {1} | George Stuhr | Proceeds form bank account and other assets | 1129-000 | 18,767.09 | | 18,767.09 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 4.83 | | 18,771.92 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 8.15 | | 18,780.07 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 8.49 | | 18,788.56 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.40 | | 18,797.96 |
| 01/30/06 | {9} | Alan Bradesky-Farmers Bank | Payment for compromise of interest in Dodge pursuant to court order | 1129-000 | 1,000.00 | | 19,797.96 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 10.59 | | 19,808.55 |
| 02/09/06 | {11} | George Stuhr | Payment for truck pursuant to court order | 1129-000 | 500.00 | | 20,308.55 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 10.79 | | 20,319.34 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 12.08 | | 20,331.42 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.87 | | 20,344.29 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.83 | | 20,358.12 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.39 | | 20,371.51 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.85 | | 20,385.36 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.86 | | 20,399.22 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.96 | | 20,412.18 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.31 | | 20,426.49 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.42 | | 20,439.91 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.98 | | 20,452.89 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.63 | | 20,466.52 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.20 | | 20,476.72 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.93 | | 20,487.65 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.30 | | 20,498.95 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.31 | | 20,510.26 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.58 | | 20,520.84 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.68 | | 20,532.52 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.32 | | 20,543.84 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.23 | | 20,554.07 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.07 | | 20,566.14 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 10.70 | | 20,576.84 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 10.48 | | 20,587.32 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 9.41 | | 20,596.73 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 4.22 | | 20,600.95 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.82 | | 20,604.77 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.87 | | 20,607.64 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.58 | | 20,610.22 |

Subtotals: $20,610.22   $0.00

{} Asset reference(s)

Printed: 01/25/2010 02:49 PM   V.11.53

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-29983 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | TELECOM RELAY SERVICES, INC., A COR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****73-65 - Money Market Account |
| Taxpayer ID #: | 36-3521163 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/25/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.61 | | 20,612.83 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.61 | | 20,615.44 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.45 | | 20,617.89 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.70 | | 20,620.59 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.24 | | 20,622.83 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.62 | | 20,624.45 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.46 | | 20,625.91 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,626.75 |
| 02/24/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.67 | | 20,627.42 |
| 02/24/09 | | To Account #********7366 | Transfer for final distribution | 9999-000 | | 20,627.42 | 0.00 |
| | | | ACCOUNT TOTALS | | 20,627.42 | 20,627.42 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 20,627.42 | |
| | | | Subtotal | | 20,627.42 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $20,627.42 | $0.00 | |

{} Asset reference(s)

Printed: 01/25/2010 02:49 PM  V.11.53

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-29983 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | TELECOM RELAY SERVICES, INC., A COR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****73-66 - Checking Account |
| Taxpayer ID #: | 36-3521163 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/25/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/24/09 | | From Account #********7365 | Transfer for final distribution | 9999-000 | 20,627.42 | | 20,627.42 |
| 02/26/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,812.28, Trustee Compensation; Reference: | 2100-000 | | 2,812.28 | 17,815.14 |
| 02/26/09 | 102 | Midwest Tower Partners, LLC | Dividend paid 3.13% on $567,806.01; Claim# 1; Filed: $567,806.01; Reference: | 7100-000 | | 17,815.14 | 0.00 |
| | | | ACCOUNT TOTALS | | 20,627.42 | 20,627.42 | $0.00 |
| | | | Less: Bank Transfers | | 20,627.42 | 0.00 | |
| | | | Subtotal | | 0.00 | 20,627.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $20,627.42 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****73-65 | 20,627.42 | 0.00 | 0.00 |
| Checking # ***-*****73-66 | 0.00 | 20,627.42 | 0.00 |
| | $20,627.42 | $20,627.42 | $0.00 |